UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                Plaintiff,

- against -

B'S BEAUTY SALON INC., ET AL.,

                Defendants.

22-cv-3724 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 14, 2022 is **canceled**. The plaintiff is reminded that the summons and complaint must be served on the defendants within 90 days of the date the complaint was filed. See Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    New York, New York
            July 5, 2022

                                              John G. Koeltl
                                   United States District Judge