```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

LIN KWOK KEUNG,

                Plaintiff,

    - against -

B'S BEAUTY SALON INC., ET AL.,

                Defendants.

22-cv-3724 (JGK)

ORDER

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The time for the defendants to respond to the Complaint is extended to September 9, 2022. The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by August 26, 2022. If the defendants do not respond to the Complaint by September 9, 2022, then the plaintiffs may move by motion for an order to show cause for a default judgment by September 23, 2022.

**SO ORDERED.**

Dated:    New York, New York
            August 19, 2022

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                              United States District Judge